[No. 25912-1-I. Division One. May 4, 1992.]

GJOLMESLI CONSTRUCTION, *Appellant*, v. JAMES T. JOHNSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-01530-7, Warren Chan, J., entered July

21, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, A.C.J., and Agid, J.